UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-CR-0212 (PJS/JSM) |
| Plaintiff, | |
| v. | |
| | ORDER |
| MICHAEL FIORITO, | |
| Defendant. | |

This matter is before the Court on the government's third motion for an extension of time to respond to defendant's motion for compassionate release. ECF No. 659. The government seeks an extension until May 22, 2020 to submit a consolidated response to defendant's original motion and to his second motion filed on May 4, 2020.

Based upon all the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The government's Motion for Continuance [ECF No. 658] is GRANTED.

2. The government must file a consolidated response to the defendant's two motions for compassionate release no later than May 22, 2020. No further extensions will be granted.

Dated: May 7, 2020         s/Patrick J. Schiltz
                           Patrick J. Schiltz
                           United States District Judge