UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-212(1) (PJS/JSM)

United States of America,

                Plaintiff,

v.

**ORDER**

Michael Fiorito,

                Defendant.

Based on the motion for an extension of the deadline to file a notice of appeal in this case (ECF 672), IT IS ORDERED that:

The Motion is granted. The deadline for filing a notice of appeal in this case is extended for 30 days, pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure.

Dated:   July 24, 2020

                                            Honorable Patrick J. Schiltz
                                            United States District Court Judge